## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **MARCUS DEWAYNE MCQUEEN,**<br>    Plaintiff,<br><br>v.<br><br>**EBONY TUCKER, et al.,**<br>    Defendants. | 5:24-cv-1818-CLM-HNJ |

## ORDER OF DISMISSAL

The magistrate judge entered a report, recommending the court dismiss this case without prejudice under the three strikes provision of 28 U.S.C. § 1915(g). (Doc. 3). The magistrate judge advised Plaintiff Marcus Dewayne McQueen of his right to file written objections within 14 days, but the court hasn't received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Because McQueen failed to pay the filing and administrative fee of $405.00 at the time he filed this complaint, the court **DISMISSES** this action **WITHOUT PREJUDICE**. McQueen may initiate a new civil rights action by completing and filing a new civil rights complaint form and paying the filing and administrative fees of $405.00.

The court **DIRECTS** the Clerk of Court to close this case.

The court further **DIRECTS** the Clerk to serve a copy of this order on McQueen at his address of record.

For information on the cost of appeal, see the attached notice.

**Done** and **Ordered** on March 13, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

In Replying Give Number
of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that all prisoners pay the Court's $600 docket fee plus $5 filing fee (for a total of $605) when appealing any civil judgment

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $605 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $605 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $605 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $605 FEE WILL BE ASSESSED AGAINST AND

WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $605 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice